| | |
|---|---|
| David K. Watsky<br>watsky@grwlawfirm.com<br>GILLESPIE, ROZEN, WATSKY & JONES, P.C.<br>3402 Oak Grove Avenue<br>Suite 200<br>Dallas, Texas 75204<br>Telephone:   (214) 720-2000<br>Facsimile:   (214) 720-2291<br>Jonathan Weissglass (SBN 185008)<br>jweissglass@altshulerberzon.com<br>Linda Lye (SBN 215584)<br>llye@altshulerberzon.com<br>ALTSHULER, BERZON, NUSSBAUM,<br>    RUBIN & DEMAIN<br>177 Post Street, Suite 300<br>San Francisco, California 94108<br>Telephone:   (415) 421-7151<br>Facsimile:   (415) 362-8064<br><br>Attorneys for Plaintiff<br>STEPHANIE A. MEHAS | John F. Baum<br>jbaum@cdhklaw.com<br>Felecia R. Reid<br>jreid@cdhklaw.com<br>CURIALE, DELLAVERSON,<br>HIRSCHFELD & KRAEMER LLP<br>727 Sansome Street<br>San Francisco, California 94111<br>Telephone:   (415) 835-9024<br>Facsimile:   (415) 834-0443<br><br>Attorneys for Defendant<br>ALVARION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | |
|---|---|
| STEPHANIE A. MEHAS,<br><br>    Plaintiff,<br><br>v.<br><br>ALVARION, INC.,<br><br>    Defendants. | Case No.: C-06-06839-RMW<br><br><br>STIPULATION TO CONTINUE<br>CASE MANAGEMENT CONFERENCE<br> AND ORDER |

    Stephanie A. Mehas, Plaintiff, and Alvarion, Inc., Defendant, hereby file this Stipulation to Continue Case Management Conference, and show the court as follows:

    1.    The Case Management Conference was originally scheduled for February 9, 2007. On January 11, 2007, the clerk issued a notice of continuance of the Case Management Conference to February 16, 2007.

    2.    Plaintiff's lead counsel, David K. Watsky, is scheduled to be on vacation on February 16, 2007, and is thus unavailable for the Case Management Conference on that date.

3. Counsel for the parties have discussed this conflict, and have agreed to move the Case Management Conference to the next week, February 23, 2007.

Accordingly, Plaintiff and Defendant hereby stipulate that the Case Management Conference be reset to February 23, 2007.

By: /s/ David K. Watsky
David K. Watsky
GILLESPIE, ROZEN, WATSKY & JONES, P.C.
Jonathan Weissglass
Linda Lye
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN

Attorneys for Plaintiff
STEPHANIE A. MEHAS

By: /s/ John F. Baum
John F. Baum
Felecia R. Reid
CURIALE, DELLAVERSON,
 HIRSCHFELD & KRAEMER LLP
727 Sansome Street
San Francisco, California 94111

Attorneys for Defendant
ALVARION, INC.

### ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

_____2/6_____, 2007

_Ronald M. Whyte_
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    2