David K. Watsky
watsky@grwlawfirm.com
GILLESPIE, ROZEN, WATSKY & JONES, P.C.
3402 Oak Grove Avenue
Suite 200
Dallas, Texas 75204
Telephone:    (214) 720-2000
Facsimile:    (214) 720-2291
Jonathan Weissglass (SBN 185008)
jweissglass@altshulerberzon.com
Linda Lye (SBN 215584)
llye@altshulerberzon.com
ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

Attorneys for Plaintiff
STEPHANIE A. MEHAS

John F. Baum
jbaum@cdhklaw.com
Felecia R. Reid
jreid@cdhklaw.com
CURIALE, DELLAVERSON,
HIRSCHFELD & KRAEMER LLP
727 Sansome Street
San Francisco, California 94111
Telephone:    (415) 835-9024
Facsimile:    (415) 834-0443

Attorneys for Defendant
ALVARION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | |
|---|---|
| STEPHANIE A. MEHAS,<br><br>    Plaintiff,<br><br>v.<br><br>ALVARION, INC.,<br><br>    Defendants. | Case No.: C-06-06839-RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Private Process:**
        Private ADR (*please identify process and provider*)   Mediation

The parties agree to hold the ADR session by:

        other requested deadline   June 1, 2007

| | |
|---|---|
| Dated: __January 26, 2007__ | _____/s/   David K. Watsky_____<br>David K. Watsky<br>GILLESPIE, ROZEN, WATSKY & JONES, P.C.<br>Jonathan Weissglass<br>Linda Lye<br>ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN<br><br>Attorneys for Plaintiff<br>STEPHANIE A. MEHAS |
| Dated: __January 26, 2007__ | _____/s/   John F. Baum_____<br>John F. Baum<br>Felecia R. Reid<br>CURIALE, DELLAVERSON,<br>  HIRSCHFELD & KRAEMER LLP<br>727 Sansome Street<br>San Francisco, California 94111<br><br>Attorneys for Defendant<br>ALVARION, INC. |

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private ADR

Deadline for ADR session:

June 1, 2007.

IT IS SO ORDERED.

Dated: ____2/6/07_____

_____Ronald M. Whyte_____
UNITED STATES DISTRICT JUDGE